NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-5019

RED RIVER HOLDINGS, LLC,

Plaintiff-Appellee,

v.

UNITED STATES,

Defendant-Appellee,

and

SEALIFT, INC.,

Defendant-Appellant.

Appeal from the United States Court of Federal Claims in case no. 09-CV-185, Senior Judge James F. Merow.

ON MOTION

ORDER

The United States moves for a 29-day extension of time, until March 12, 2010, to file its response brief. Sealift consents. Red River conditionally consents if the extension is applicable to its brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. The appellees' briefs are due March 12, 2010.

FOR THE COURT

FEB 1 8 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Mark J. Fink, Esq.
     Timothy B. Shea, Esq.
     Christopher L. Krafchek, Esq.
s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

FEB 1 8 2010

**JAN HORBALY**
**CLERK**

2010-5019                    2